**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**CHARLES E. FOSTER, JR.**                                                    **PETITIONER**
**ADC #147301**

v.                                          **CASE NO. 5:12CV00173 BSM**

**RAY HOBBS, Director,**
**Arkansas Department of Correction**                              **RESPONDENT**

## JUDGMENT

The proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney, along with the filed objections, have been reviewed. After careful consideration and a de novo review, it is concluded that the findings and recommendations should be, and hereby are, approved and adopted in their entirety in all respects.

Accordingly, judgment shall be entered dismissing this complaint with prejudice. The motion for writ of mandamus [Doc. No. 37] is denied.

A certificate of appealability will not be issued because petitioner has not made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(1)-(2).

DATED this 18th day of June 2013.

_____
UNITED STATES DISTRICT JUDGE